UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>                      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; MDC MAILROOM OFFICER PEREZ; MAILROOM OFFICER ESPINOSA; MDC WARDEN BANKS; MDC DEPUTY OF SECURITY SHANNON; MDC CAPTAIN COTTMAN; MDC PROGRAMS CAPTAIN JOHN/JANE DOE; OSIU CHIEF STUKES; SOCIAL SERVICES GLADDEN; SOCIAL SERVICES FLORES,<br><br>                      Defendants. | 20-CV-8722 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 20, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 20, 2021
            New York, New York

                                                                                      _Louis L. Stanton_
                                                                                    Louis L. Stanton
                                                                                          U.S.D.J.